**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 11, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00532-CV**

---

**DINISHA EDWARDS, Appellant**

**V.**

**QIN YU, Appellee**

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1173877**

---

**MEMORANDUM OPINION**

This is an appeal from a judgment signed September 14, 2021. Appellant's brief was due November 1, 2021. No brief or motion to extend time to file a brief was filed. On November 3, 2021, appellee filed a motion to dismiss the appeal. *See* Tex. R. App. P. 38.6(a). No response has been filed.

The motion is granted, and we dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.